```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: February 22, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                            Docket# 08cv6302

Du-Bois, et al v. Township of Edison, et al

Appearances:
Michael Fioretti, Esq. for plt
Lori Dvorak, Esq. and Richard Guss, Esq. for dfts

Nature of proceeding: **MOTION HEARING**
Hrg. on dfts' motions for partial summary judgment;
Ordered motions denied.




Time Commenced 1:00 p.m.
Time Adjourned 1:45 p.m.


cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk