File No.: 1075-1122
**Dvorak & Associates, LLC**
390 George Street
New Brunswick, New Jersey 08901
(732) 317-0130
(732) 317-0140 (FAX)
Attorneys for Defendants, Patrolman Paul Pappas and Patrolman Christopher Sorber

| | |
|---|---|
| DELEVAN DU-BOIS and BARBARA DU-BOIS, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>TOWNSHIP OF EDISON, EDISON POLICE DEPARTMENT, PATROLMAN PAUL PAPPAS, PATROLMAN CHRISTOPHER SORBER, POLICE DIRECTOR BRIAN COLLIER, DEPUTY CHIEF THOMAS BRYAN, MAYOR JUN CHOI, 1-5 JOHN DOE INDIVIDUALS, 6-10 JOHN DOE INDIVIDUALS, A,B,C JOHN DOE CORPORATIONS, in their official capacities and/or individually, Jointly and Severally,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 2:08-cv-06302<br><br><br>ORDER<br><br>Document Electronically Filed |

This matter having been opened to the Court by Dvorak & Associates, LLC, Attorneys for Defendants, Patrolman Paul Pappas and Patrolman Christopher Sorber, in the within action; and the Court having considered the moving papers as submitted and the responses of all parties, if any, and for good cause shown;

IT IS on this 22ND day of February, 2011

ORDERED that partial summary judgment is hereby granted *DENIED* in favor of Defendants, Patrolman Paul Pappas and Patrolman Christopher Sorber; and it is further

ORDERED that Counts 2 (unlawful seizure), 4 (assault and battery), 5 (false imprisonment), 6 (intentional infliction of emotional distress) and 7 (loss of consortium/society/services) of Plaintiff's Complaint are hereby dismissed with prejudice and without costs; and [DENIED]

IT IS FURTHER ORDERED that true copies of the within Order be served upon all parties

to this action within __7__ days of the date hereof.

_____
Susan D. Wigenton, U.S.D.J.

Opposed _X_ Unopposed ___

\* For the reasons set forth on the record on this date. SDW